RICHARD L HOLCOMB (HI Bar No. 9177)
Holcomb Law, A Limited Liability Law Corporation
1136 Union Mall, Suite # 808
Honolulu, HI  96813
Telephone: (808) 545-4040
Facsimile: (808) 356-1954
Email: rholcomblaw@gmail.com

TIMOTHY MAC MASTER (HI Bar No. 5085)
Attorney at Law
1088 Bishop Street
Suite 209
Honolulu, HI  96813
Telephone: (808) 591-8080

Attorneys for Plaintiffs,
Individually and on behalf of all others similarly situated

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ARSENIO PELAYO,<br><br>FRANCIS MANANKIL, and<br><br>BRANDON BORELIZ<br><br>individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br>     vs.<br><br>PLATINUM LIMOUSINE SERVICES, INC.,<br><br>KURT TSUNEYOSHI,<br><br>and<br><br>DOES 1 through 10,<br><br>          Defendants.<br>_____ | CASE NO. 1:15-cv-023 DKW BMK<br><br><u>COLLECTIVE ACTION</u><br><br>CONCISE STATEMENT OF FACTS IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT; DECLARATION OF RICHARD L. HOLCOMB; DECLARATION OF ARSENIO PELAYO; DECLARATION OF FRANCIS MANANKIL; DECLARATION OF PAUL ARAKAKI; EXHIBITS "A" THROUGH "H"; CERTIFICATE OF SERVICE<br><br>JURY TRIAL REQUESTED |

# CONCISE STATEMENT OF FACTS IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to Rule 56.1(a) of the Local Rules of Practice for the United States District Court for the District of Hawaiʻi, Plaintiffs hereby submit their separate concise statement of material facts in support of their Motion for Partial Summary Judgment, filed contemporaneously herewith.

| No. | FACTS | EVIDENTIARY SUPPORT |
|---|---|---|
| 1 | Plaintiffs Pelayo and Manankil were employed by Defendant Platinum as limousine drivers. | Manankil Decl. ¶ 2; Pelayo Decl. ¶ 2; *see also* Exhs. C and E |
| 2 | Plaintiffs were paid by the hour. | Manankil Decl. ¶ 3; Pelayo Decl. ¶ 3; *see also* Exhs. D and F |
| 3 | Mr. Pelayo and Mr. Manankil were paid only at their regular rate of pay and not at their premium overtime rate for hours that exceeded 40 for each given workweek identified below. | Manankil Decl. ¶¶ 6-7; Pelayo Decl. ¶¶ 6-7; Exh. A ¶ 12 (Arakaki Decl., ¶ 13); *see also* Exhs. B, C, D, E and F; *compare* Exh. G |
| 4 | Mr. Pelayo's hourly rate of pay was $10 per hour from May 16, 2012 until January 1, 2013. | Pelayo Decl. ¶ 3; Exh. D |
| 5 | Mr. Pelayo's hourly rate of pay was $11 per hour from January 1, 2013 until February 16, 2013. | Pelayo Decl. ¶ 3; Exh. D |
| 6 | Mr. Pelayo's hourly rate of pay was $12 per hour from February 16, 2013 until May 15, 2013. | Pelayo Decl. ¶ 3; Exh. D |
| 7 | Mr. Pelayo's hourly rate of pay was $12.50 from May 16, 2013 and through the remainder of his employment with Platinum. | Pelayo Decl. ¶ 3; Exh. D |
| 8 | Mr. Manankil's hourly rate of pay was $10 per hour from January 1, 2012 until April 1, 2012. | Manankil Decl. ¶ 3; Exh. F |

| | | |
|---|---|---|
| 9 | Mr. Manankil's hourly rate of pay was $11 per hour from April 1, 2012 until September 16, 2012. | Manankil Decl. ¶ 3; Exh. F |
| 10 | Mr. Manankil's hourly rate of pay was $12 per hour from September 16, 2012 until March 1, 2013. | Manankil Decl. ¶ 3; Exh. F |
| 11 | Mr. Manankil's hourly rate of pay was $13.50 per hour from March 1, 2013 through February 15, 2015. | Manankil Decl. ¶ 3; Exh. F |
| 12 | Mr. Pelayo worked at least 40.5 hours during the workweek of November 25 through December 1, 2012. | Exh. B; Exhs. C, pp. 12-13; D, pp. 1577-78 |
| 13 | Mr. Pelayo worked at least 44.5 hours during the workweek of December 30, 2012 to January 8, 2013. | Exhs. B; C, pp. 14-15; D, pp. 1579-80 |
| 14 | Mr. Pelayo worked at least 42.5 hours during the workweek of February 24 to March 2, 2013. | Exhs. B; C, pp. 17-19; D, p. 1583-84 |
| 15 | Mr. Pelayo worked at least 41.5 hours during the workweek of March 3 to March 9, 2013. | Exhs. B; C, p. 19; D, p. 1584 |
| 16 | Mr. Pelayo worked at least 47 hours during the workweek of March 17 to March 23, 2013. | Exhs. B; C, p. 20; D, p. 1585 |
| 17 | Mr. Pelayo worked at least 44 hours during the workweek of March 31 to April 6, 2013. | Exhs. B; C, p. 21; D, pp. 1585-86 |
| 18 | Mr. Pelayo worked at least 55 hours during the workweek of April 7 through April 13, 2013. | Exhs. B; C, p. 21; D, p. 1586 |
| 19 | Mr. Pelayo worked at least 55 hours during the workweek of April 14 through April 20, 2013. | Exhs. B, C, p. 22; D, pp. 1586-87 |
| 20 | Mr. Pelayo worked for at least 40.5 hours during the workweek of May 26 through June 1, 2013. | Exhs. B; C, pp. 24-25; D, pp. 1589-90 |
| 21 | Mr. Pelayo worked for at least 46.5 hours during the workweek of June 30 through July 6, 2013. | Exhs. B; C, pp. 26-27; D, pp. 1591-92 |

| 22 | Mr. Pelayo worked for at least 51.5 hours during the workweek of August 25, 2013 through August 31, 2013. | Exhs. B; C, pp. 30-32; D, p. 1595 |
|---|---|---|
| 23 | Mr. Manankil worked for at least 42.5 hours during the workweek of June 10 through June 16, 2012. | Exhs. E, pp. 1672-73; F, pp. 1609-10 |
| 24 | Mr. Manankil also worked at least an additional 7 hours on Saturday, June 16, 2012. | Exhs. F, H (Holcomb Decl., ¶ 10) |
| 25 | Mr. Manankil worked for at least 44.5 hours during the workweek of July 8 through July 14, 2012. | Exhs. E, p. 1674; F, p. 1611 |
| 26 | Mr. Manankil worked for at least 54.5 hours during the workweek of July 15 through July 21, 2012. | Exhs. E, pp. 1674-75; F, p. 16-12; *see also* Exh. H |
| 27 | Mr. Manankil worked for at least 46 hours during the workweek of July 29 through August 4, 2012. | Exhs. E, p. 1676; F, pp. 1612-13 |
| 28 | Mr. Manankil worked for at least 54 hours during the workweek of August 5 through August 11, 2012. | Exhs. E, pp. 1677-78; F, p. 1613 |
| 29 | Mr. Manankil worked for at least 52 hours during the workweek of August 12 through August 18, 2012. | Exhs. E, pp. 1678-79; F, p. 1613-14 |
| 30 | Mr. Manankil worked for at least 46 hours during the workweek of August 19 through August 25, 2012. | Exhs. E, p. 1679; F, p. 1614 |
| 31 | Mr. Manankil worked for at least 48 hours during the workweek of August 26 through September 1, 2012. | Exhs. E, pp. 1679-81; F, pp. 1614-15 |
| 32 | Mr. Manankil worked for at least 44.5 hours during the workweek of September 9 through September 15, 2012. | Exhs. E, pp. 1681-82; F, p. 1615 |
| 33 | Mr. Manankil worked for at least 41 hours during the workweek of October 7 through October 13, 2012. | Exhs. E, pp. 1687-88; F, p. 1617 |
| 34 | Mr. Manankil worked for at least 44.5 hours during the workweek of | Exhs. E, p. 1691; F, p. 1619 |

3

|    |                                                                                                                  |                                            |
|----|------------------------------------------------------------------------------------------------------------------|--------------------------------------------|
|    | November 4 through November 10, 2012.                                                                            |                                            |
| 35 | Mr. Manankil worked for at least 51.5 hours during the workweek of November 25 through December 1, 2012.         | Exhs. E, p. 1693, 1683; F, pp. 1620-21     |
| 36 | Mr. Manankil worked for at least 45 hours during the workweek of December 2 through December 8, 2012.            | Exhs. E, p. 1683; F, p. 1621               |
| 37 | Mr. Manankil worked for at least 45 hours during the workweek of December 9 through December 15, 2012.           | Exhs. E, pp. 1683-84; F, p. 1621           |
| 38 | Mr. Manankil worked for at least 49 hours during the workweek of December 16 through December 22, 2012.          | Exhs. E, p. 1685; F, p. 1622               |
| 39 | Mr. Manankil worked for at least 48 hours during the workweek of January 27 through February 2, 2013.            | Exhs. E, pp. 1716, 1697; F, pp. 1624-25    |
| 40 | Mr. Manankil worked for at least 41 hours during the workweek of February 10 through February 16, 2013.          | Exhs. E, pp. 1697-98; F, p. 1625-26        |
| 41 | Mr. Manankil worked for at least 46.5 hours during the workweek of March 31 through April 6, 2013.               | Exhs. E, 1694; F, pp. 1628-29              |
| 42 | Mr. Manankil worked for at least 47 hours during the workweek of April 7 through April 13, 2013.                 | Exhs. E, pp. 1694-95; F, p. 1629           |
| 43 | Mr. Manankil worked for at least 46.5 hours during the workweek of April 14 through April 20, 2013.              | Exhs. E, pp. 1695-96; F, pp. 1629-30       |
| 44 | Mr. Manankil worked for at least 49.5 hours during the workweek of April 28 through May 4, 2013.                 | Exhs. E, pp. 1696, 1704; F, pp. 1630-31    |
| 45 | Mr. Manankil worked for at least 42.5 hours during the workweek of July 7 through July 13, 2013.                 | Exhs. E, pp. 1702-03; F, p. 1635           |
| 46 | Mr. Manankil worked for at least 43                                                                              | Exhs. E, p. 1707; F, p. 1638               |

| | hours during the workweek of September 1 through September 7, 2013. | |
|---|---|---|
| 47 | Mr. Manankil worked for at least 47 hours during the workweek of December 29, 2013 through January 4, 2014. | Exhs. E, pp. 1715, 1728; F, pp. 1645-46 |
| 48 | Mr. Manankil worked for at least 48 hours during the workweek of March 16, 2014 through March 22, 2014. | Exhs. E, p. 1734; F, p. 1651 |
| 49 | When overtime wages were paid, the payment of overtime wages is clearly indicated on the paystubs. | Manankil Decl. ¶ 13; Exh. G |

DATED: Honolulu, Hawaii; October 9, 2015

                                            *s/Richard L. Holcomb*
                                            Richard L. Holcomb
                                            Attorney for Plaintiff James