|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | MAY 31 2018 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| ARSENIO PELAYO, Individually and on behalf of all others similarly situated; et al., | No. 18-15169 |
| Plaintiffs-Appellees, | D.C. No. 1:15-cv-00023-DKW-KJM<br>District of Hawaii,<br>Honolulu |
| v. | |
| PLATINUM LIMOUSINE SERVICES, INC. and KURT TSUNEYOSHI, | ORDER |
| Defendants-Appellants. | |

Before: Peter L. Shaw, Appellate Commissioner.

The court has received and reviewed appellants' response to this court's February 9, 2018 order to show cause. The response reflects that the district court's order challenged in this appeal granted in part and denied in part a post-judgment motion. Accordingly, the order to show cause is discharged.

Within 10 days after the date of this order, appellants shall designate any reporter's transcripts or serve on appellees a statement indicating that appellants do not intend to order any transcripts. *See* 9th Cir. R. 10-3.1(a). If appellants designate transcripts, the transcripts will be due May 23, 2018.

The opening brief and excerpts of record are due July 2, 2018; the answering brief is due August 1, 2018; and the optional reply brief is due within 21 days after service of the answering brief.