UNITED STATES COURT OF APPEALS

**FILED**

FOR THE NINTH CIRCUIT

APR 26 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ARSENIO PELAYO, Individually and on behalf of all others similarly situated; et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> PLATINUM LIMOUSINE SERVICES, INC.; KURT TSUNEYOSHI, <br><br> Defendants-Appellants. | No.   16-16989 <br>        18-15169 <br><br> D.C. No. <br> 1:15-cv-00023-DKW-KJM <br> District of Hawaii, <br> Honolulu <br><br> ORDER |
| ARSENIO PELAYO, Individually and on behalf of all others similarly situated; et al., <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> PLATINUM LIMOUSINE SERVICES, INC.; KURT TSUNEYOSHI, <br><br> Defendants-Appellees. | No.   16-16991 <br><br> D.C. No. <br> 1:15-cv-00023-DKW-KJM |

Before:  W. FLETCHER and WATFORD, Circuit Judges.

Appellants' motion for reconsideration of this court's March 8, 2019 order

(Docket Entry No. 54) is granted.

These cases will be placed on the first available oral argument calendar in

Honolulu, Hawaii after October 2019.

AT/MOATT

No further requests for extension of time will be granted absent extraordinary circumstances.