UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 19 2020

MOLLY C DWYER, CLERK
U S COURT OF APPEALS

| | |
|---|---|
| ARSENIO PELAYO, Individually and on behalf of all others similarly situated; et al.,<br><br>          Plaintiffs - Appellees,<br><br>   v.<br><br>PLATINUM LIMOUSINE SERVICES, INC. and KURT TSUNEYOSHI,<br><br>          Defendants - Appellants. | No. 16-16989<br><br>D.C. No. 1:15-cv-00023-DKW-KJM<br>U.S. District Court for Hawaii, Honolulu<br><br>**MANDATE** |
| ARSENIO PELAYO, Individually and on behalf of all others similarly situated; et al.,<br><br>          Plaintiffs - Appellants,<br><br>   v.<br><br>PLATINUM LIMOUSINE SERVICES, INC. and KURT TSUNEYOSHI,<br><br>          Defendants - Appellees. | No. 16-16991<br><br>D.C. No. 1:15-cv-00023-DKW-KJM<br>U.S. District Court for Hawaii, Honolulu |

The judgment of this Court, entered February 26, 2020, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure. Each party shall bear their own costs on appeal.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rhonda Roberts
Deputy Clerk
Ninth Circuit Rule 27-7